**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Brown, Kathryn Jean | ) | CASE NO. 15-39525 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on October 24, 2018.

Cindy M. Johnson                                            /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

## Electronic Mail Notice List

- Amy A Aronson    amyaronson@comcast.net, amyaronson@comcast.net
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Brenda Ann Likavec    bknotices@potestivolaw.com, blikavec@potestivolaw.com
- Christopher M Williams    chris@presbrey.com, renee@pnlawoffice.com;m.cr67809@notify.bestcase.com

## Manual Notice List

See Attached Service List

Kathryn Jean Brown
211 Wollmington Dr.
Oswego, IL 60543-8447

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cap1/mnrds
90 Christiana Road
New Castle, DE 19720-3118

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Comenity Bank/Victorias Secret
Po Box 182125
Columbus, OH 43218-2125

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

First National Bank
Attn:  FNN Legal Dept
1620 Dodge St Mailstop Code 3290
Omaha, NE 68102-1593

Harris N.a.
Bmo Harris Bank - Bankruptcy Dept.-Brk-1
770 N Water Street
Milwaukee, WI 53202-0002

Hsbc/menards
Attention: Bankruptcy Department
Po Box 5264
Carol Stream, IL 60197-5264

National City Mortgage/PNC Mtg
Attn: Bankruptcy Department
3232 Newmark Dr.
Miamisburg, OH 45342-5433

Pnc Mortgage
3232 Nemark Dr
Miamisburg, OH 45342-5433

Quicken Loans Inc.
C/O Potestivo & Associates, P.C
811 South Blvd, Suite 100
Rochester Hills, MI 48307-5359

CAPITAL ONE, N.A.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181-8011

Dsnb Macys
Macys Bankruptcy Department
Po Box 8053
Mason, OH 45040-8053

First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197-0002

Hsbc/carsn
Attention: HSBC Retail Services
Po Box 5264
Carol Stream, IL 60197-5264

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201-3120

Nationwide Credit & Coll
Attn Collections/Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523-8852

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Cap1/bstby
PO Box 30285
Salt Lake City, UT 84130-0285

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Comenity Bank/Maurices
Po Box 182125
Columbus, OH 43218-2125

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Edward Hospital
PO Box 4207
Carol Stream, IL 60197-4207

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Hsbc/comp
Attention: HSBC Retail Services
Po Box 5264
Carol Stream, IL 60197-5264

Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606-6974

PYOD, LLC its successors and assigns as
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226-1906

Syncb/ashley Homestore
Attn: Bankrupty
Po Box 103104
Roswell, GA 30076-9104

| | | |
|---|---|---|
| Synchrony Bank/ JC Penneys<br>Attn: Bankrupty<br>Po Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/American Eagle<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/Lord & Taylor<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Old Navy<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Select Comfort<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/TJX<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Target<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 | Wellsfargo<br>800 Walnut St<br>Des Moines, IA 50309-3605 | Christopher M Williams<br>Porro, Niermann & Petersen, LLC<br>821 W Galena Blvd<br>Aurora, IL 60506-3749 |