# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Kathryn Jean Brown § | Case No. 15-39525 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 18,347.14 *(Without deducting any secured claims)* | Assets Exempt: 23,360.43 |
| Total Distributions to Claimants: 7,880.19 | Claims Discharged Without Payment: 231,460.20 |
| Total Expenses of Administration: 2,119.81 | |

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 180,198.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,119.81 | 2,119.81 | 2,119.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,074.00 | 21,441.39 | 21,441.39 | 7,880.19 |
| **TOTAL DISBURSEMENTS** | $ 237,272.00 | $ 23,561.20 | $ 23,561.20 | $ 10,000.00 |

    4)  This case was originally filed under chapter 7 on 11/19/2015 . The case was pending for 40 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/17/2019                    By:/s/Cindy M. Johnson, Trustee
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 211 Wollmington Dr, Oswego IL 60543 | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quicken Loans 1050 Woodward Ave Detroit, MI 48226 | | 163,625.00 | NA | NA | 0.00 |
| | Us Bank Attn: Bankruptcy Dept. P.O. Box 5229 Cincinnati, OH 45201 | | 16,573.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 180,198.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Cindy M. Johnson | 2200-000 | NA | 95.34 | 95.34 | 95.34 |
| BOK Financial | 2600-000 | NA | 24.47 | 24.47 | 24.47 |
| Kim Wirtz | 3711-000 | NA | 250.00 | 250.00 | 250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,119.81 | $ 2,119.81 | $ 2,119.81 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Correspondence Po Box 981540 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bank of America Po Box 982236 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Cap1/mnrds 90 Christiana Road New Castle, DE 19720 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 15,555.00 | NA | NA | 0.00 |
| | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 10,700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Childrens Place/Citicorp Credit Services Attn: Citicorp Credit Services Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Citicorp Credt Srvs/Centralized Bankrupt Po Box 790040 Saint Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/vctrssec | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Victorias Secret Po Box 182125 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Credit First/CFNA Bk13 Credit Operations Po Box 818011 Cleveland, OH 44181 | | 0.00 | NA | NA | 0.00 |
| | Discover Financial Attn: Bankruptcy Po Box 3025 New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys Macys Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 676.00 | NA | NA | 0.00 |
| | Edward Hospital PO Box 4207 Carol Stream, IL 60197-4207 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank Attn: FNN Legal Dept 1620 Dodge St Mailstop Code 3290 Omaha, NE 68191 | | 0.00 | NA | NA | 0.00 |
| | First National Bank Attn: FNN Legal Dept 1620 Dodge St Mailstop Code 3290 Omaha, NE 68191 | | 1,980.00 | NA | NA | 0.00 |
| | Ford Credit National Bankrupcy Service Center Po Box 62180 Colorado Springs, CO 80962 | | 282.00 | NA | NA | 0.00 |
| | Ford Credit National Bankrupcy Service Center Po Box 62180 Colorado Springs, CO 80962 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/carsn Attention: HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/comp Attention: HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/menards Attention: Bankruptcy Department Po Box 5264 Carol Stream, IL 60197 | | 1,083.00 | NA | NA | 0.00 |
| | Kohls/Capital One Po Box 3120 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 420.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | National City Mortgage/PNC Mtg Attn: Bankruptcy Department 3232 Newmark Dr. Miamisburg, OH 45342 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit & Coll Attn Collections/Bankruptcy 815 Commerce Dr Ste 270 Oak Brook, IL 60523 | | 251.00 | NA | NA | 0.00 |
| | Pnc Mortgage 3232 Nemark Dr Miamisburg, OH 45342 | | 0.00 | NA | NA | 0.00 |
| | Pnc Mortgage 3232 Nemark Dr Miamisburg, OH 45342 | | 0.00 | NA | NA | 0.00 |
| | Springleaf Financial Services Attention: Bankruptcy Department Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | Syncb/ashley Homestore Attn: Bankrupty Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/ JC Penneys Attn: Bankrupty Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Amazon Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank/American Eagle Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 4,712.00 | NA | NA | 0.00 |
| | Synchrony Bank/Lord & Taylor Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Old Navy Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 2,042.00 | NA | NA | 0.00 |
| | Synchrony Bank/Old Navy Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Select Comfort Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/TJX Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Target C/O Financial & Retail Services Mailstop BT PO Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Von Maur Attn: Credit Dept 6565 Brady St. Davenport, IA 52806 | | 0.00 | NA | NA | 0.00 |
| | Wellsfargo 800 Walnut St Des Moines, IA 50309 | | 0.00 | NA | NA | 0.00 |
| 6 | Capital One, N.A. | 7100-000 | 908.00 | 908.31 | 908.31 | 333.82 |
| 7 | Citibank, N.A. | 7100-000 | 10,525.00 | 10,587.51 | 10,587.51 | 3,891.14 |
| 2 | Discover Bank | 7100-000 | 4,824.00 | 5,087.30 | 5,087.30 | 1,869.70 |
| 5 | First National Bank Of Omaha | 7100-000 | NA | 1,705.58 | 1,705.58 | 626.84 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,832.00 | 1,832.62 | 1,832.62 | 673.53 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 797.00 | 797.04 | 797.04 | 292.93 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | 487.00 | 523.03 | 523.03 | 192.23 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 57,074.00 | $ 21,441.39 | $ 21,441.39 | $ 7,880.19 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-39525 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Kathryn Jean Brown | | | | Date Filed (f) or Converted (c): | 11/19/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2015 |
| For Period Ending: | 02/17/2019 | | | | Claims Bar Date: | 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 211 Wollmington Dr, Oswego IL 60543 | 200,000.00 | 20,999.57 | | 10,000.00 | FA |
| 2. Checking, savings or other financial accounts, certificates | 903.00 | 0.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts, certificates | 61.57 | 0.00 | | 0.00 | FA |
| 4. Checking, savings or other financial accounts, certificates | 874.14 | 252.84 | | 0.00 | FA |
| 5. Household goods and furnishings, including audio, video, and | 500.00 | 500.00 | | 0.00 | FA |
| 6. Wearing apparel. | 400.00 | 400.00 | | 0.00 | FA |
| 7. Furs and jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 8. Interests in insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 9. Interests in IRA, ERISA, Keogh or other pension or profit sh | 3,272.10 | 0.00 | | 0.00 | FA |
| 10. Interests in IRA, ERISA, Keogh or other pension or profit sh | 385.33 | 0.33 | | 0.00 | FA |
| 11. Automobiles, trucks, trailers, and other vehicles and access | 17,276.00 | 16,573.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $223,922.14 | $38,725.74 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained order 3/23/18 (doc. 34) approving a $10,000 buy back agreement with debtor for equity in home. Bank accounts investigated (no estate value). Trustee final report approved all Disbursements made all checks cleared TDR to be filed

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | property |
| RE PROP # | 2 | -- | Chase Checking account |
| RE PROP # | 3 | -- | Chase Savings account |
| RE PROP # | 4 | -- | Chase Savings accounts held for children (total of 4 savings) |
| RE PROP # | 5 | -- | Household goods.  Insufficient value to administer |
| RE PROP # | 6 | -- | Misc family clothing.  Insufficidnt value to administer |
| RE PROP # | 7 | -- | Misc jewelry |
| RE PROP # | 8 | -- | Voya Life Insurance Policy -no cash value |
| RE PROP # | 9 | -- | Paycheck 401k |
| RE PROP # | 10 | -- | Charles Schwab IRA 1738-5321 |
| RE PROP # | 11 | -- | 2014 Chrysler Town and Country |

Exhibit 8

Initial Projected Date of Final Report (TFR): 03/28/2018      Current Projected Date of Final Report (TFR): 09/25/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-39525 | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Kathryn Jean Brown | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0880 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8870 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/17/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/18 | 1 | Kathryn J. Brown<br>211 Wollmington Dr<br>Oswego, IL 60543-8447 | Buy out interest in the estate | 1110-000 | $10,000.00 | | $10,000.00 |
| 07/27/18 | 101 | Kim Wirtz<br>17011 Cheyenne Court<br>Lockport, IL 60441 | Real Estate Broker<br>Per Court Order dated March 23, 2018 | 3711-000 | | $250.00 | $9,750.00 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,740.00 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.47 | $9,725.53 |
| 11/19/18 | 102 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 2100-000 | | $1,750.00 | $7,975.53 |
| 11/19/18 | 103 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 2200-000 | | $95.34 | $7,880.19 |
| 11/19/18 | 104 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 creditor account # debtor SS#<debtor ssn masked> representing a payment of 36.75 % per court order. | 7100-000 | | $192.23 | $7,687.96 |
| 11/19/18 | 105 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 creditor account # debtor SS#<debtor ssn masked> representing a payment of 36.75 % per court order. | 7100-000 | | $1,869.70 | $5,818.26 |
| 11/19/18 | 106 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 creditor account # debtor SS#<debtor ssn masked> representing a payment of 36.75 % per court order. | 7100-000 | | $673.53 | $5,144.73 |
| | | | Page Subtotals: | | $10,000.00 | $4,855.27 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-39525 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Kathryn Jean Brown | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0880 |
| | Checking |
| Taxpayer ID No: XX-XXX8870 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/17/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/18 | 107 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 creditor account # debtor SS#<debtor ssn masked> representing a payment of 36.75 % per court order. | 7100-000 | | $292.93 | $4,851.80 |
| 11/19/18 | 108 | First National Bank Of Omaha<br>1620 Dodge Street, Stop Code 3105<br>Omaha, Ne 68197 | Final distribution to claim 5 creditor account # debtor SS#<debtor ssn masked> representing a payment of 36.75 % per court order. | 7100-000 | | $626.84 | $4,224.96 |
| 11/19/18 | 109 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 6 creditor account # debtor SS#<debtor ssn masked> representing a payment of 36.75 % per court order. | 7100-000 | | $333.82 | $3,891.14 |
| 11/19/18 | 110 | Citibank, N.A.<br>C/O Quantum3 Group Llc<br>Po Box 280<br>Kirkland, Wa 98083-0280 | Final distribution to claim 7 creditor account # debtor SS#<debtor ssn masked> representing a payment of 36.75 % per court order. | 7100-000 | | $3,891.14 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals:  $0.00   $5,144.73

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0880 - Checking | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:    $0.00    $0.00